McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ZHANNA OGANESYAN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-02541-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 25, 2018 to **June 28, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel attended a funeral on the date of the current filing deadline and is attending prayer services thereafter. In addition, Counsel has over 75+ pending social security cases, which require two or more dispositive motions a week until early August. Due to current workload demands and upcoming leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the

JS for Extension of Time and PO; 2:17-cv-02541-EFB

1

proceedings. Counsel apologizes for the belated request, but did not anticipate being out on the current filing deadline due to the unexpected death of a family member. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 25, 2018          */s/ \*Stuart T. Barasch*
(\*as authorized by Ted Wicklund via email for Stuart T. Barasch on June 25, 2018)
STUART T. BARASCH
Attorney for Plaintiff

Dated: June 25, 2018          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 27, 2018.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and PO; 2:17-cv-02541-EFB