McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ZHANNA OGANESYAN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-02541-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for one additional week from June 28, 2018 to **July 5, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Since the date of Counsel's last request for attending her uncle's funeral, Counsel has been experiencing chronic migraines, which impair her vision and was out on sick leave on the date of the current filing deadline. As such, Counsel needs additional time to properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but did not anticipate needing

JS for Extension of Time and PO; 2:17-cv-02541-EFB

1

additional leave due to her medical issues.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: June 28, 2018                 */s/ \*Stuart T. Barasch*
                                                (*as authorized by email on June 28, 2018)
                                                STUART T. BARASCH
                                                Attorney for Plaintiff

Dated:  June 28, 2018                MCGREGOR W. SCOTT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                  By      */s/  Tina L. Naicker*
                                                TINA L. NAICKER
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 2, 2018.

                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and PO; 2:17-cv-02541-EFB