# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ZHANNA OGANESYAN, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:17-cv-02541-EFB <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO 28 U.S.C. § 2412(d).** |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,500.00 and costs for $400.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation. The Clerk is directed to terminate ECF No. 22.

**IT IS SO ORDERED.**

Dated: July 29, 2019.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

PO Granting JS for EAJA Fees; 2:17-cv-02541-EFB