MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ZHANNA OGANESYAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>  Defendant. | Case No.: 2:17-cv-02541-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO CONTEMPT (DKT 29).** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Contempt (Motion) (Dkt. 29) be extended from November 9, 2022 to **December 9, 2022**. This is the parties' first request for extension to modify the briefing schedule for Plaintiff's Motion. Good cause exists to grant the request for extension. Counsel for Defendant needs additional time to research the issues presented in Plaintiff's Motion and respond. In addition, last month, Counsel for Defendant and her elderly mother had COVID and was out on leave. Counsel is the primary caregiver for her mother.

///

The parties make this request in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Dated: November 9, 2022

/s/ *Stuart Barasch
(*as authorized by email)
STUART BARASCH
Attorney for Plaintiff

Dated: November 9, 2022

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

.

**ORDER**

APPROVED AND SO ORDERED:

DATED: November 10, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation for Extension of Time and PO; 2:17-cv-02541-EFB